UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| RACHEL LEANN SCHULTZ | Case No.: 3:16-CV-00757-JR |
| Plaintiff, | |
| v. | ORDER AWARDING ATTORNEY FEES PER 28 USC 2412(d) |
| NANCY A. BERRYHILL,<br>Acting Commissioner<br>Social Security Administration | |
| Defendant. | |

It is hereby ORDERED that, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 and in response to Plaintiff's motion, an attorney fee in the amount of $800.00 is awarded to Plaintiff. It is ordered that the attorney fee will be paid to Plaintiff's attorney, dependent upon verification that Plaintiff has no debt which qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010). If Plaintiff has no such debt, then

Page 3 – PETITION FOR EAJA FEES

the check shall be made payable to Plaintiff's attorney, George J. Wall, and mailed to Plaintiff's attorney's mailing address at: 1336 E. Burnside St., Suite 130, Portland OR 97132. If Plaintiff has such debt, then the check for any remaining funds after offset of the debt shall be made payable to Plaintiff's attorney and mailed to Plaintiff's attorney's mailing address stated above.

IT IS SO ORDERED: _March 21_, 2018.

_____
UNITED STATES DISTRICT JUDGE

Proposed Order submitted:        Date:   January 12, 2018

_____
George J. Wall, OSB #934515
gwall@eastpdxlaw.com
Phone No.: 503-236-0068
Fax No.: 503-236-0028
Attorney for Plaintiff, Rachel Leann Schultz