George J. Wall, OSB No. 934515
gwall@eastpdxlaw.com
1336 East Burnside Street, Suite 130
Portland, OR 97214
Telephone: 503-236-0068
Facsimile: 503-236-0028
  Attorney for Plaintiff, Rachel Schultz

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| RACHEL SCHULTZ, | Civil Action No.: 3:16-CV-00757-JR |
| Plaintiff, | ORDER AWARDING ATTORNEY FEES PER 28 USC 406(b) |
| v. | |
| NANCY BERRYHILL, Acting Commissioner, Social Security Administration, | |
| Defendant. | |

IT IS HEREBY ORDERED pursuant to 42 USC 406(b), that plaintiff's counsel be paid an attorney fee in the amount of $4,840.00. Credit is taken for $800.00 paid in EAJA fees so the amount due and payable to plaintiff' counsel is $4,080.00.

IT IS SO ORDERED: 7/10/2018.

_____
US DISTRICT COURT JUDGE

Page 1 - PETITION FOR ORDER AWARDING
ATTORNEY FEES PER 42 USC 406(b)

George J. Wall
Attorney at Law
1336 E Burnside Street, Ste 130
Portland, OR 97214
Tel: 503-236-0068
Fax: 503-236-0028